UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-mc-24628-GAYLES/REID

In re Application of

EDUARDO GONZALEZ,

      Applicant,

Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in Obtaining
Evidence for Use in Foreign International
Proceedings.
_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on Applicant Eduardo Gonzalez's Application for Attorneys' Fees ("Application") [ECF No. 109], and Motion for Contempt Sanctions Against Respondent, Verfruco Foods, Inc. ("Motion") [ECF No. 110]. Pursuant to 28 U.S.C. § 636(b)(1)(B), this case was referred to Magistrate Judge Lisette M. Reid for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 69]. On August 5, 2022, Judge Reid issued her Report and Recommendation ("Report"), recommending that the Court deny the Application for Attorneys' Fees and grant the Motion for Contempt Sanctions. [ECF No. 132]. On August 22, 2022, Respondent timely objected to the Report. [ECF No. 134].

As Exhibit A to its objections, Respondent attached the Declaration of Dr. Jose Fernandez De Cevallos Y Torres. [ECF No. 134-1]. However, that declaration was not considered by Judge Reid for her Report. Judge Reid struck the supplemental response which included the declaration

1

because the parties fully briefed the Application and Motion, and Respondent was not permitted leave to file supplemental briefing. [ECF No. 126]. Respondent subsequently moved for leave to file Dr. Torres' Declaration, [ECF No. 127], but the motion was denied by Judge Reid. Because Respondent did not appeal that denial, it is prohibited from presenting Dr. Torres' Declaration now as this evidence was not properly preserved for the Court's review. *See Williams v. McNeil*, 557 F.3d 1287 (11th Cir. 2009) (finding that a district court has the discretion to decline to consider a party's evidence that was not presented to the magistrate judge but rather raised for the first time in the party's objections to the magistrate judge's report and recommendation).

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded de *novo review*, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the record, including the Report, the Application, and the Motion, and agrees with Judge Reid's well-reasoned analysis and conclusion that the Court should deny the Application and grant the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation [ECF No. 132] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

2. Applicant's Application for Attorneys' Fees [ECF No. 109] is **DENIED**;

3.  Applicant's Motion for Contempt Sanctions Against Respondent [ECF No. 110] is **GRANTED**;

4.  Respondent Verfruco Foods, Inc. is in civil contempt for its failure to comply with the Court's Order entered on November 18, 2021 [ECF No. 99];

5.  Respondent Verfruco Foods, Inc. shall pay to the Clerk of the Court a fine of $5,000.00 per day starting February 13, 2023, and continuing for each day until the day it purges its contempt by complying with the Court's November 18, 2021, Order [ECF No. 99]; and

6.  Applicant shall be entitled to an award of his reasonable attorneys' fees, restricted to entries dated November 18, 2021, onward, which relate solely to work done as a result of Respondent's discovery violations. Applicant's counsel shall submit a statement of fees and costs within ten (10) days of entry of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of February, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record